IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELLE HAYES | : | CIVIL ACTION |
| | : | |
| v. | : | No. 17-5225 |
| | : | |
| ANDREW SAUL,[1] | : | |
| *ACTING COMMISSIONER OF SOCIAL* | : | |
| *SECURITY* | : | |

**ORDER**

AND NOW, this 9th day of October, 2020, upon consideration of Plaintiff Michelle Hayes's Motion for Attorney Fees, and the parties' briefing on the Motion, it is ORDERED the Motion (Document 42) is DENIED.

BY THE COURT:


 /s/  Juan R. Sánchez
Juan R. Sánchez, C.J.

---

[1] Andrew Saul became the Commissioner of Social Security on June 17, 2019. Pursuant to Federal Rule of Civil Procedure 25(d), Saul is substituted for Nancy A. Berryhill as the Defendant in this case.